**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MARCH 1, 2006 ASSET-BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2006-HE2 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2006-HE2, ET AL, | : No. 345 WAL 2017<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| Respondent | |
| v. | |
| JAMES L. FORTUNATO, SR., | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.